UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARIO NIEVES, on behalf of himself and all other employees similarly situated, known and unknown,<br><br>PLAINTIFF(S)<br><br>VS.<br><br>META, INC., AND ANNA KONTARINI<br><br>DEFENDANT(S) | Case No.<br>08 CV 4350<br><br><br><br>SERVICE DOCUMENTS:<br>SUMMONS & COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Affiant states s(he) **DISCONTINUED ATTEMPTING SERVICE** upon **ANNA KONTARINI** at **1234 W. WINNEMAC, CHICAGO, IL 60640** after due search, careful inquiry and diligent attempts for the reason detailed below.

8/1/2008 6:24 PM - This is a home separated into 3 units. Front unit is being rehabbed. Resident, Lori Stephenson in Unit # 2 confirms that the defendant still owns the property here but does not reside here at the location. Ms. Stephenson also stated that the Defendant, Anna Kontarini is deliberately keeping a low profile knowing that people are looking for her.

I declare under penalties of perjury that the information contained herein is true and correct.

_____
Christopher T Garrett, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 4th day of August, 2008

_____
NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

CLIENT NAME:
Amatore & Associates, P.C.*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
40242