UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARIO NIEVES, on behalf of himself and all other employees similarly situated, known and unknown,<br><br>PLAINTIFF(S)<br><br>VS.<br><br>META, INC., AND ANNA KONTARINI<br><br>DEFENDANT(S) | Case No.<br>**08 CV 4350**<br><br><br>SERVICE DOCUMENTS:<br>**SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Affiant states s(he) **DISCONTINUED ATTEMPTING SERVICE** upon **META, INC.** at **1234 W. WINNEMAC, CHICAGO, IL 60640** after due search, careful inquiry and diligent attempts for the reason detailed below.

8/1/2008 6:24 PM - This is a Home separated into 3 units. Front unit is being rehabbed. Resident, Lori Stephenson in Unit # 2 confirms Anna Kontarini owns this property but is no longer operating this company from this location. Ms. Stephenson also stated that Anna Kontarini is the President and is deliberately trying to keep a low profile as she knows that people are looking for her. Ms. Stephenson has no new whereabouts to the address of this company.

I declare under penalties of perjury that the information contained herein is true and correct.

_C T Garrett_
Christopher T Garrett, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007


SUBSCRIBED AND SWORN to before me this 4th day of August, 2008

_Joan C. Harenberg_
NOTARY PUBLIC

> OFFICIAL SEAL
> JOAN C HARENBERG
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES:07/13/09

CLIENT NAME:
Amatore & Associates, P.C.*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
40241