IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MARIO NIEVES**, on behalf of himself and all other employees similarly situated, known and unknown,<br><br>     Plaintiffs,<br> v.<br><br>**META, INC.**, a dissolved Illinois corporation, and **ANNA KONTARINI**, individually,<br><br>     Defendants. | No. 08 CV 4350<br><br>Judge Kocoras<br><br>Magistrate Judge Cole |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

The plaintiff moves this Court to enter an order of default judgment against the defendants, META, INC., and ANNA KONTARINI, and each of them. In support, the plaintiffs state as follows.

1. The plaintiff brought this case under the Fair Labor Standards Act ("FLSA"), the Illinois Minimum Wage Law ("IMWL"), the Illinois Wage Payment and Collection Act ("IWPCA"), and the Attorney's Fees in Wage Actions Act ("AFWAA"), and seeks to recover $15,539.50, which amount is comprised of: unpaid regular wages totaling $2,600.00, unpaid overtime compensation totaling $2,100.00, statutory liquidated damages pursuant to the FLSA in the amount of $2,100.00, and 8,739.50 as and for attorneys' fees. The following chart breaks the amounts down.

| | |
|---|---|
| Unpaid Overtime Compensation | $2,100.00 |
| Liquidated Damages | $2,100.00 |
| Unpaid Regular Wages | $2,600.00 |
| Attorneys' Fees | 8,739.50 |
| **Total** | **$15,539.50** |

2. The plaintiff's sworn declaration with regard to damages is attached as **Exhibit A**.

3. A summons was served upon the defendant, META, INC., on January 12, 2009, which required it to file an answer to the plaintiffs' complaint by February 2, 2009.

4. A summons was served upon the defendant, ANNA KONTARINI, on January 12, 2009, which required her to file an answer to the plaintiffs' complaint by February 2, 2009.

5. Copies the relevant returns of service are attached as group **Exhibit B.**

6. The Illinois Secretary of State's database lists "Anna Kontarini" to be an officer of the defendant corporation, META, INC.

7. A copy of the information in the Illinois Secretary of State's database with regard to META, INC., is attached as **Exhibit C**.

8. To date, neither of the defendants has filed an answer to the plaintiff's complaint. As such, the defendants are delinquent well in excess of the 20 days required by the summonses.

9. Attached as group **Exhibit D** are the sworn declarations of Roy P. Amatore and Paul Luka, the plaintiffs' attorneys, with regard to attorney's fees.

10.     The total amount claimed in damages is $6,800.00, and the total amount requested for attorney's fees is $8,739.50.[1]

WHEREFORE, the plaintiff prays that this Court will enter judgment against the defendants, META, INC., and ANNA KONTARINI, and each of them, in the amount of $15,539.50 ($6,800.00 as and for damages, and $8,739.50 as and for attorneys' fees), plus costs of suit and collection.

Respectfully submitted,

/s/Paul Luka<br>PAUL LUKA

Roy P. Amatore, Esq.
Paul Luka, Esq.
AMATORE & ASSOCIATES, P.C.
120 S. State Street · Suite 400
Chicago, IL 60603
312.236.9825 (tel.)
312.236.9826 (fax)

---

[1] The plaintiffs and their attorneys have entered a hybrid contingency agreement whereby the plaintiffs' attorneys will reduce their contingency fee (calculated at 33 1/3% of any amount recovered as and for damages) by the amount recovered as and for attorneys' fees, if any.

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIO NIEVES, on behalf of himself and all other employees similarly situated, known and unknown, | |
| Plaintiffs, | No. 08 CV 4350 |
| v. | Judge Kocoras |
| META, INC., a dissolved Illinois corporation, and ANNA KONTARINI, individually, | Magistrate Judge Cole |
| Defendants. | |

## DECLARATION OF MARIO NIEVES

Mario Nieves, under penalty of perjury and pursuant to 28 U.S.C. § 1746, hereby states and deposes as follows:

1. My name is Mario Nieves and I am at least 18 years old.

2. I was employed at relevant times by Meta, Inc., and Anna Kontarini, (collectively "Defendants") as a laborer from on or about August 1, 2005, to on or about May 31, 2007.

3. Defendants paid me approximately $10.00 per hour for every regular (40 or less in any given week) hour I worked.

4. I kept a regular work schedule and, upon information and belief, I worked a total of 3360 regular (40 or less in any given week) hours, and a total of 420 overtime (in excess of 40 in any given week) hours, for Defendants during the referenced period.

5. Defendants should have paid me at the rate of $15.00 per hour for each of the 420 overtime hours I worked.

6. Defendants failed and refused to pay me at a rate not less than $15.00 per hour for each of the 420 overtime hours I worked, resulting in a deficiency between the respective amounts I was owed, and the respective amounts I was paid in most or all of the weeks I was employed by Defendants.

7. Additionally, my paychecks from Defendants were often short – even with the unpaid overtime referenced above factored out. Defendants and I kept a running tab, and at the time my employment by Defendants was terminated, the total amount that Defendants owed me as the result of the short paychecks referenced above was $2,600.00.

8. Defendants currently owe me a total of $4,700.00, which amount is the aggregate total of the aforesaid deficiencies in my respective paychecks and the non-payment of certain wages as described in paragraph 7 above.

THE DECLARANT SAYS NOTHING FURTHER.

Under penalty of perjury, and pursuant to 28 U.S.C. § 1746, the undersigned certifies that the statements set forth in this instrument are true and correct except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that (s)he verily believes the same to be true. Executed on

_03-23_, 2009.

_____
MARIO NIEVES

2

# EXHIBIT B

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | MONDAY JANUARY 12, 2009 |
| NAME OF SERVER *(PRINT)* DEAN J. GLUTH | TITLE P.I./PRESIDENT (INFOMAX INVESTIGATIONS) |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 5546 N. LAKEWOOD AVENUE IN CHICAGO, ILLINOIS (FIRST FLOOR)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 60 miles × 50¢ = $30 | 5.5 × $65/hr = $357.50 | 387.50 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/12/2009        *[signature]* D. J. AW
                Date              *Signature of Server*

P.O. BOX 681175 SCHAUMBURG, IL
*Address of Server*

OFFICIAL SEAL
LINDA L GLUTH
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/12/10

*[signature]*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MARIO NIEVES, on behalf of himself and all other employees similarly situated, known and unknown,

V.

META, INC., a dissolved Illinois corporation, and ANNA KONTARINI, individually,

CASE NUMBER: 08CV4350
                    JUDGE KOCORAS

ASSIGNED JUDGE: MAGISTRATE JUDGE COLE
                           RCC

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

ANNA KONTARINI
1234 W. Winnemac
Chicago, Illinois 60640

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Amatore & Associates, P.C.
120 S. State Street, Suite 400
Chicago, IL 60603
312.236.9825

an answer to the complaint which is herewith served upon you, within     20     days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*[signature]*

(By) DEPUTY CLERK

**July 31, 2008**

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE MONDAY JANUARY 12, 2009 |
| NAME OF SERVER (PRINT) DEAN J. GLUTH | TITLE P.I / PRESIDENT (INFOMAX INVESTIGATIONS) |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 5546 N. LAKEWOOD AVENUE IN CHICAGO, ILLINOIS (FIRST FLOOR)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 60 miles × 50¢ = $30 | 5.5 Hours × $65 = $357.50 | $387.50 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/12/2009
Date

Signature of Server

PO BOX 681175 SCHAUMBURG, IL
Address of Server

OFFICIAL SEAL
LINDA L GLUTH
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/12/10

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

MARIO NIEVES, on behalf of himself and all other employees similarly situated, known and unknown,

V.

META, INC., a dissolved Illinois corporation, and ANNA KONTARINI, individually,

CASE NUMBER: 08CV4350
JUDGE KOCORAS
ASSIGNED JUDGE: MAGISTRATE JUDGE COLE
RCC
DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

META, INC.
c/o Anna Kontarini, President
1234 W. Winnemac
Chicago, Illinois 60640

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Amatore & Associates, P.C.
120 S. State Street, Suite 400
Chicago, IL 60603
312.236.9825

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

July 31, 2008
_____
Date

# EXHIBIT C

FOCUS - 1 of 2 DOCUMENTS

**THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY**

**CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE ISSUING GOVERNMENT AGENCY**

ILLINOIS SECRETARY OF STATE

**Company Name:** META, INC.

**Type:** DOMESTIC CORPORATION

**Status:** DISSOLVED

**Duration:** PERPETUAL

**Date of Incorporation/Qualification:** 6/13/2005 (Anniversary Month: JUNE)

**State or Country of Incorporation:** ILLINOIS

**Purpose:** ALL INCLUSIVE PURPOSE

**Registered Agent:**
  JILL M METZ
  Agent Appointed: 6/13/2005

**Registered Office:**
  5443 N BROADWAY
  CHICAGO, IL 60640
  County: COOK

**Additional Information:** NOT REGULATED BY ILLINOIS COMMERCE COMMISSION

**Corporation Number:** 64311735

**Annual Report:**
  Date Mailed: 4/14/2006
  Delinquency Statement Date: 7/14/2006
  Tax Factor: 1.000000


  Tax Factor: 1.000000

**Stock Information:**
  Change in Stock: 6/13/2005
  Change in Capital: 6/13/2005
  Tax Capital: $ 1,000
  Total Capital: $ 1,000


  Type of Stock: COMMON

ILLINOIS SECRETARY OF STATE

Shares Issued: 100.00
Authorized Quantity: 10,000
Par Value: $ 10.00000
Voting Rights: YES

**Officers, Directors:**
ANNA KONTARINI
1234 W WINNEMAC
CHICAGO, IL 60640


INVOLUNTARY DISSOLUTION
11 01 06

# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIO NIEVES, on behalf of himself and all other employees similarly situated, known and unknown,<br><br>          Plaintiffs,<br>v.<br><br>META, INC., a dissolved Illinois corporation, and ANNA KONTARINI, individually,<br><br>          Defendants. | No. 08 CV 4350<br><br>Judge Kocoras<br><br>Magistrate Judge Cole |

## DECLARATION OF ROY P. AMATORE

Roy P. Amatore, under penalty of perjury and pursuant to 28 U.S.C. § 1746, hereby states and deposes as follows:

1.    My name is Roy P. Amatore and I am a principle at Amatore & Associates, P.C.

2.    My firm represents the plaintiffs in the captioned matter.

3.    I expended 3.4 hours on the captioned case, at a rate of $275.00 per hour, for a total of $935.00.

4.    I have in excess of fifteen years of litigation and appellate experience in the state of Illinois.

5.   My fees are reasonable in light of my experience and of the complexities of the captioned case.

THE DECLARANT SAYS NOTHING FURTHER.

> I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on March 24, 2009.
>
> _____
> ROY P. AMATORE

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MARIO NIEVES**, on behalf of himself and all other employees similarly situated, known and unknown, | |
| Plaintiffs, | No. 08 CV 4350 |
| v. | Judge Kocoras |
| **META, INC.**, a dissolved Illinois corporation, and **ANNA KONTARINI**, individually, | Magistrate Judge Cole |
| Defendants. | |

## DECLARATION OF PAUL LUKA

Paul Luka, under penalty of perjury and pursuant to 28 U.S.C. § 1746, hereby states and deposes as follows:

1. My name is Paul Luka and I am an associate attorney at Amatore & Associates, P.C.

2. My firm represents the plaintiff in the captioned matter.

3. I expended 36.3 hours on the captioned case, at a rate of $215.00 per hour, for a total of $7,804.50.

4. I have been practicing as an associate attorney at Amatore & Associates, P.C. since my admission to the bar in Illinois on October 3, 2006.

5. My fees are reasonable and necessary in light of the work done and of the complexities of the captioned case.

THE DECLARANT SAYS NOTHING FURTHER.

                                                  I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on March 24, 2009.

                                                  /s/ Paul Luka
                                                  PAUL LUKA